UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
(PENSACOLA DIVISION)

JOHN J. SCHMIDT, individually and
JOHN J. SCHMIDT, on behalf of the
John Schmidt Irrevocable Trust dated
August 20, 2019,

    Plaintiff,

v.                                        Case No. 3:21-cv-00880-TKW-HTC

JANET L. SCHMIDT individually, and
JOHN R. FERNSTROM, as Trustee of
the Whiteacre Asset Trust,
dated December 19, 2012; et al.,

    Defendants.
_____/

JANET L. SCHMIDT,

    Counter-Plaintiff,

v.

JOHN J. SCHMIDT,
    Counter-Defendant,
_____/

## NOTICE OF APPEARANCE

Kimberly A. Martinez-Lejarza, Esq., of the law firm of Stokes McMillan Antúnez Martinez-Lejarza P.A., hereby files this Notice of Appearance as counsel for the Defendant/Counter- Plaintiff, JANET L. SCHMIDT, and respectfully request that all notices, correspondence, and pleadings, and any and all other documents pertaining to the

above styled cause of action be forwarded to her and hereby designates the following e-mail address for purposes of receiving all filings in this action:

    Primary:    kmartinez-lejarza@smpalaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of October 2021, a true and correct copy of the foregoing has been furnished electronically via CM/ECF to all counsel of record.

Dated: October 26, 2021

    Respectfully submitted,

    Stokes McMillan Antúnez Martinez-Lejarza P.A.
    Two Datran Center, Suite 1901
    9130 South Dadeland Boulevard,
    Miami, Florida 33156
    Telephone: (305) 379-4008
    Facsimile: (305)379-848
    kmartinez-lejarza@smpalaw.com

    By: /s/ Kimberly A. Martinez-Lejarza
    Kimberly A. Martinez-Lejarza, Esq.
    Florida Bar No. 0028453
    *Counsel for Defendant/Counter-Plaintiff Janet L. Schmidt*